UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| AIA ENGINEERING LIMITED,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>MAGOTTEAUX INTERNATIONAL S/A and MAGOTTEAUX, INC.<br><br>    Defendants/Counterclaim Plaintiffs. | NO. 3:09-cv-00255<br><br>JUDGE HAYNES |
| MAGOTTEAUX INTERNATIONAL S/A and MAGOTTEAUX, INC.<br><br>    Third Party Plaintiffs,<br><br>vs.<br><br>VEGA INDUSTRIES, LTD. INC.,<br><br>    Third Party Defendant. | |

*[Handwritten: Gr/? SR, Thurnwhon is DENIED as moot. [signature] 8-6-10]*

**AIA MOTION TO ALLOW LAPTOPS AND ACCESSORY EQUIPMENT INTO COURTROOM FOR SUMMARY JUDGMENT HEARING ON APRIL 12, 2010 AT 2:00 P.M.**

Pursuant to the courtroom deputy's instruction on April 8, 2010, AIA Engineering Limited and Third Party Defendant Vega Industries Ltd. (collectively, "AIA") respectfully request that they be allowed to bring the following equipment to Court on Monday, April 12, 2010 for the 2:00 p.m. hearing in the above captioned matter to assist with the presentation of

1