IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| AIA ENGINEERING LIMITED,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>MAGOTTEAUX INTERNATIONAL S/A and MAGOTTEAUX, INC.,<br><br>    Defendant/Counterclaim Plaintiffs. | No. 3:09-cv-00255<br><br>JUDGE HAYNES |
| MAGOTTEAUX INTERNATIONAL S/A and MAGOTTEAUX, INC.,<br><br>    Third-Party Plaintiffs<br><br>v.<br><br>VEGA INDUSTRIES, LTD., INC.,<br><br>    Third-Party Defendant. | |

[handwritten annotation: *Granted. The motion is DENIED for the reasons stated in open court at the hearing held after this motion.* signed/dated 8-8-10]

**MAGOTTEAUX'S MOTION PURSUANT TO LOCAL RULE 7.01(B) TO RECONSIDER ORDER GRANTING MOTION TO STAY PRETRIAL CASE MANAGEMENT DEADLINES IN CASE MANAGEMENT ORDER NO. 2**

**I.   INTRODUCTION**

Magotteaux International S/A and Magotteaux, Inc. (hereinafter, collectively "Magotteaux"), pursuant to Local Rule 7.01(b), hereby move that the Court reconsider its Order (D.E. 133) granting AIA Engineering Limited's and Vega Industries, Ltd., Inc.'s (hereinafter, collectively "AIAE") Motion to Stay Pretrial Case Management Deadlines in Case Management Order No. 2 ("Motion to Stay," D.E. 131). This motion is properly brought under Local 7.01(b) because AIAE filed its Motion to Stay on March 3, 2010, and that motion was granted by the