UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| AIA ENGINEERING LIMITED<br><br>        Plaintiff,<br>vs.<br><br>MAGOTTEAUX INTERNATIONAL S/A<br>and MAGOTTEAUX, INC.<br><br>        Defendants/Counterclaim<br>        Plaintiffs. | Civil Action No. 3:09-cv-00255<br><br>**JUDGE HAYNES** |
| MAGOTTEAUX INTERNATIONAL S/A<br>and MAGOTTEAUX, INC.<br><br>        Third Party Plaintiffs,<br>vs.<br><br>VEGA INDUSTRIES, LTD., INC.<br><br>        Third Party Defendant. | |

**DEFENDANT'S MOTION TO COMPEL PLAINTIFF AND
THIRD PARTY DEFENDANT TO RESPOND TO INTERROGATORIES
AND TO PRODUCE DOCUMENTS**

[Handwritten annotation: *ORDER — The motion is DENIED without prejudice to renew after the ruling on the motions for summary judgment for which the amount of damages is not a material issue.* Signed 8-6-10]

Defendants and Third Party Plaintiffs, Magotteaux International S/A and Magotteaux, Inc. (collectively "Magotteaux") move this Court under Fed. R. Civ. P. 37(a) to compel Plaintiff AIA Engineering Limited and Third Party Defendant Vega Industries, Ltd., Inc. (collectively