IN UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AIA ENGINEERING LIMITED )<br>)<br>Plaintiff/Counterclaim Defendant, )<br>)<br>v. )<br>)<br>MAGOTTEAUX INTERNATIONAL S/A )<br>and MAGOTTEAUX, INC. )<br>)<br>Defendant/Counterclaim )<br>Plaintiffs )<br>_____ )<br>)<br>MAGOTTEAUX INTERNATIONAL S/A )<br>And MAGOTTEAUX, INC. )<br>)<br>Third Party Plaintiffs, )<br>)<br>v. )<br>)<br>VEGA INDUSTRIES, LTD., INC. )<br>)<br>Third Party Defendant. ) | NO. 3:09-00255<br>JUDGE HAYNES |

## ORDER

In accordance with the Memorandum filed herewith, Plaintiff AIA Engineering Limited's motions for summary judgment (Docket Entry Nos. 88 and 97) are **GRANTED**. Accordingly, the Court **AWARDS** Plaintiff AIA Engineering Limited a declaratory judgment that the Defendant Magotteaux International S/A's Reissue Patent No. RE 39,998 is **DECLARED** invalid under 35 U.S.C. § 251 and precedents thereunder. The Complaint/Counterclaims of the Defendants / Third Party Plaintiffs are **DISMISSED with prejudice**.

Plaintiff's other motions for summary judgment (Docket Entry Nos. 100, 116, 118, 120) are **DENIED without prejudice as moot.**

1

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the ___3rd___ day of September, 2010.

                                              WILLIAM J. HAYNES, JR.
                                              United States District Judge

2

Case 3:09-cv-00255   Document 170   Filed 09/03/10   Page 2 of 2 PageID #: 5567