IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AIA ENGINEERING LIMITED,<br><br>Plaintiff and<br>Counter-Defendant,<br><br>v.<br><br>MAGOTTEAUX INTERNATIONAL S/A<br>and MAGOTTEAUX, INC.,<br><br>Defendants/Counterclaim<br>Plaintiffs. | Civil Action No. 3:09-cv-00255<br><br>Judge William J. Haynes, Jr. |
| MAGOTTEAUX INTERNATIONAL S/A<br>and MAGOTTEAUX, INC.,<br><br>Third Party Plaintiffs,<br><br>v.<br><br>VEGA INDUSTRIES, LTD., INC.,<br><br>Third Party Defendant. | |

[Handwritten order: ORDER. This motion is GRANTED, but only as to damages discovery. The Cena [?] suit is not at issue in this action. [signature] 1-26-12]

## MOTION TO REOPEN DISCOVERY

Defendants, counterclaim plaintiffs and third party plaintiffs, Magotteaux International S/A and Magotteaux, Inc. (collectively, "Magotteaux"), respectfully move to reopen discovery in this action. As grounds for this motion Magotteaux states as follows.

1. On October 11, 2011, the United States Court of Appeals for the Federal Circuit reversed this Court's grant of summary judgment of invalidity of U.S. Patent No. RE39,998 (the "RE'998 patent") under 35 U.S.C. § 251 and remanded this action for further proceedings. (Docket Entry Nos. 184, 184-1). Up until this Court's summary judgment ruling of September 3, 2010 (Docket Entry Nos. 169, 170), the parties had been proceeding under this Court's First

7/2755360.1
Case 3:09-cv-00255 Document 188 Filed 01/06/12 Page 1 of 5 PageID #: 5678
Case 3:09-cv-00255 Document 197 Filed 01/26/12 Page 1 of 1 PageID #: 5753