# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| AIA ENGINEERING LIMITED, | )<br>) |
| Plaintiff/Counterclaim Defendant, | )<br>) |
| v. | ) NO. 3:09-00255<br>) JUDGE HAYNES |
| MAGOTTEAUX INTERNATIONAL S/A<br>and MAGATTEAUX, INC., | )<br>)<br>) |
| Defendants/Counterclaim Plaintiffs. | )<br>) |
| MAGOTTEAUX INTERNATIONAL S/A<br>and MAGOTTEAUX, INC. | )<br>)<br>) |
| Third Party Plaintiffs, | )<br>) |
| v. | )<br>) |
| VEGA INDUSTRIES, LTD. INC., | )<br>) |
| Third Party Defendant. | ) |

## ORDER

In accordance with the jury's verdict, Defendants Magotteaux International S/A and Magotteaux, Inc. are **AWARDED** one million six hundred sixty-eight thousand twenty-eight dollars ($1,668,028) in damages against Plaintiffs AIA Engineering Limited and Vega Industries, Ltd, Inc. for infringement of Defendants' '998 patent claims.

Based upon the jury's findings that Plaintiffs willfully violated Defendants' patent rights and pursuant to 35 U.S.C. § 284, Defendants are **AWARDED** twice the amount of damages in the sum of three million three hundred thirty-six thousand fifty-six dollars ($3,336,056) in enhanced damages. Based upon the Court's prior ruling on recapture, the Court does not award maximum damages under 35 U.S.C. § 284.

After review of the record, the Court finds this case exceptional and **AWARDS** Defendants their reasonable attorneys' fees under 35 U.S.C. § 285 in an amount to be determined pursuant to Local Rule 54.01(b).

It is so **ORDERED**.

**ENTERED** this the 2nd day of July, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge