## Exhibit C – Itemization of Fees for Transcripts

| Date | Fees | Vendor | Description | |
|------|------|--------|-------------|---|
| 10/26/2009 | $616.50 | Spencer and Associates | Deposition of Hubert Francois Vol. 1 | |
| 10/26/2009 | $25.00 | Spencer and Associates | Deposition of Hubert Francois Vol. 1 - E-Transcript | ✳ |
| 10/26/2009 | $387.00 | Spencer and Associates | Deposition of Hubert Francois Vol. 2 | |
| 10/26/2009 | $25.00 | Spencer and Associates | Deposition of Hubert Francois Vol. 2 - E-Transcript | ✳ |
| 10/26/2009 | $162.00 | Spencer and Associates | Deposition of Claude Poncin Vol. 1 | |
| 10/26/2009 | $25.00 | Spencer and Associates | Deposition of Claude Poncin Vol. 1 - E-Transcript | ✳ |
| 10/26/2009 | $184.50 | Spencer and Associates | Deposition of Hubert Francois Vol. 2 | |
| 10/26/2009 | $25.00 | Spencer and Associates | Deposition of Hubert Francois Vol. 2 - E-Transcript | ✳ |
| 10/26/2009 | $135.00 | Spencer and Associates | Deposition of Dieter Heck | |
| 10/26/2009 | $25.00 | Spencer and Associates | Deposition of Dieter Heck – E-Transcript | ✳ |
| 10/26/2009 | $193.50 | Spencer and Associates | Exhibits | |
| 2/24/2010 | $429.00 | Spencer and Associates | Deposition of Chris Taylor Vol. 1 | |
| 2/24/2010 | $50.00 | Spencer and Associates | Deposition of Chris Taylor Vol. 1 - E-Transcript | ✳ |
| 2/24/2010 | $375.00 | Spencer and Associates | Deposition of Chris Taylor Vol. 2 | |
| 2/24/2010 | $50.00 | Spencer and Associates | Deposition of Chris Taylor Vol. 2 - E-Transcript | ✳ |
| 2/24/2010 | $101.75 | Spencer and Associates | Exhibits | |
| 1/15/2010 | $881.15 | Vowell and Jennings | Deposition of Tim Carr | |
| 1/5/2010 | $766.35 | Vowell and Jennings | Deposition of Mike Cesarini | |
| 1/5/2010 | $679.15 | Vowell and Jennings | Deposition of Jimmy Barber | |
| 2/3/2010 | $361.10 | Pro Systems | Deposition of Douglas Halverson | |
| 12/08/2009 | $1,561.50 | Esquire – Chicago | Deposition of Bhadresh Shah | ✳ |
| 12/09/2009 | $1,551.00 | Esquire – Chicago | Deposition of Sudhir Bhide | ✳ |
| 12/16/2009 | $2,456.85 | Esquire – Chicago | Deposition of David Hurlock | ✳ |
| 12/17/2009 | $1,307.00 | Esquire – Chicago | Deposition of Arvind Bhagat | ✳ |
| 1/5/2010 | $871.00 | Esquire – Chicago | Deposition of Christopher Carr | ✳ |
| 4/6/2012 | $2,614.67 | Veritext | Deposition of David Hurlock | ✳ |
| 4/6/2012 | $576.20 | Veritext | Deposition of Arvind Bhagat | ✳ |
| 4/6/2012 | $192.45 | Veritext | Deposition of Achyut Parikh | ✳ |

**EXHIBIT**

**1**

| 4/17/2012 | $612.50 | Veritext | Video Depo. of David Hurlock | ✳ |
| 4/17/2012 | $175.00 | Veritext | Video Depo. of Arvind Bhagat | ✳ |
| 4/17/2012 | $87.50 | Veritext | Video Depo. of Achyut Parikh | ✳ |
| 3/13/2012 | $85.50 | Peggy Turner, Court Reporter | Reporting of proceedings held 11/6/2009 | |
| 5/20/2010 | $97.20 | Peggy Turner, Court Reporter | Reporting of proceedings held 4/21/2010 | |

**Total:  $17,685.37\***

*Magotteaux has not yet received an invoice from Peggy Turner, Court Reporter for the cost of reporting during trial.  Magotteaux reserves the right to supplement the Bill of Costs with this invoice.

# Spencer & Associates

Court Reporters
5964 26th Avenue S.W.
Seattle WA 98106
(206) 382-9695

# INVOICE

| | |
|---|---|
| Invoice No. | **2091002** |
| Date | 10/26/2009 |
| Our Ref. | MAGOTTEAUX |
| Reporter | Zoya O. Spencer |
| Terms | 30 Days |

**Robert S. Rigg**
VedderPrice, Attorneys at Law
222 North Lasalle Street
Chicago, Illinois 60601

| Product ID | Description | Qty | Unit Price | Amount |
|---|---|---|---|---|
| | AIA ENGINEERING vs. MAGOTTEAUX | | | |
| DEPOSITION OF: | HERBERT FRANCOIS - VOL. I (9-14-09) | | | |
| TRANSCRIPT (Copy): | | 137 pages | $4.50 | $616.50 |
| E-TRANSCRIPT: | | 1 each | $25.00 | $25.00 |
| DEPOSITION OF: | HERBERT FRANCOIS - VOL. II (9-15-09) | | | |
| TRANSCRIPT (Copy): | | 86 pages | $4.50 | $387.00 |
| E-TRANSCRIPT: | | 1 each | $25.00 | $25.00 |
| DEPOSITION OF: | CLAUDE PONCIN VOL. I (9-15-09) | | | |
| TRANSCRIPT (Copy): | | 36 pages | $4.50 | $162.00 |
| E-TRANSCRIPT: | | 1 each | $25.00 | $25.00 |
| DEPOSITION OF: | CLAUDE PONCIN VOL. II (9-16-09) | | | |
| TRANSCRIPT (Copy): | | 41 pages | $4.50 | $184.50 |
| E-TRANSCRIPT: | | 1 each | $25.00 | $25.00 |
| DEPOSITION OF: | DIETER HECK (9-16-09) | | | |
| TRANSCRIPT (Copy): | | 30 pages | $4.50 | $135.00 |
| E-TRANSCRIPT: | | 1 each | $25.00 | $25.00 |
| EXHIBITS | #1-59 | 387 pages | $0.50 | $193.50 |


RECEIVED
NOV 3 2009
By_____

| Product ID | Description | Qty | Unit Price | Amount |
|---|---|---|---|---|
| **Comments** | | | Sub Total | $1,803.50 |
| TAX ID # 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 | | | | $0.00 |
| | | | **Total** | **$1,803.50** |
| *TERMS & CONDITIONS.* | | | Amount Paid | |
| *Interest may be levied on overdue accounts.* | | | **Amount Due** | **$1,803.50** |

*THANK YOU!*

# Spencer & Associates

Court Reporters
5964 26th Avenue S.W.
Seattle WA 98106
(206) 382-9695

# INVOICE

| | |
|---|---|
| Invoice No. | **2100110** |
| Date | 2/4/2010 |
| Our Ref. | MAGOTTEAUX |
| Reporter | Zoya O. Spencer |
| Terms | 30 Days |

**John J. Gresens**
VedderPrice, Attorneys at Law
 222 North Lasalle Street
Chicago, Illinois 60601

| Product ID | Description | Qty | Unit Price | Amount |
|---|---|---|---|---|
| | AIA ENGINEERING vs. MAGOTTEAUX | | | |
| DEPOSITION OF: | CHRIS TAYLOR - VOL. I (1-27-10) | | | |
| TRANSCRIPT (Copy): | | 143 pages | $3.00 | $429.00 |
| E-TRANSCRIPT: | draft and final | 2 each | $25.00 | ($50.00) |
| DEPOSITION OF: | CHRIS TAYLOR - VOL. II (1-28-10) | | | |
| TRANSCRIPT (Copy): | | 125 pages | $3.00 | $375.00 |
| E-TRANSCRIPT: | draft and final | 2 each | $25.00 | ($50.00) |
| EXHIBITS | scanned, # 204-228 | 407 pages | $0.25 | $101.75 |

**Comments**
TAX ID # 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

| | |
|---|---|
| Sub Total | $1,005.75 |
| | $0.00 |
| **Total** | **$1,005.75** |
| Amount Paid | |
| **Amount Due** | **$1,005.75** |

*TERMS & CONDITIONS.*
*Interest may be levied on overdue accounts.*

*THANK YOU!*

*Ok to pay
Jf 2/12/10
Mag. Term.
40893.00.0009*

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 139321 | 1/15/2010 | 57489 |
| Job Date | | Case No. |
| 1/6/2010 | 3:09-CV-0255 | |
| Case Name | | |
| AIA Engineering Limited vs. Maggotteaux | | |
| Payment Terms | | |
| Due upon receipt | | |

# VJ VOWELL AND JENNINGS

Robert S. Rigg
Vedder Price
222 North LaSalle Street
Chicago, IL 60601

1 COPY OF TRANSCRIPT OF:
    Tim Carr                                     881.15

                                           TOTAL DUE >>>        $881.15

Thank you for your business! We now accept major credit cards for your convenience.

Tax ID: 62-1115311

Phone: (312) 609*5505   Fax:

*Please detach bottom portion and return with payment.*

Robert S. Rigg
Vedder Price
222 North LaSalle Street
Chicago, IL 60601

| | | |
|---|---|---|
| Invoice No. | : | 139321 |
| Invoice Date | : | 1/15/2010 |
| **Total Due** | : | **$881.15** |

Remit To:   **Vowell & Jennings, Inc.**
          **Court Reporting and Legal Video Services**
          **214 Second Avenue, North - Suite 207**
          **Nashville, TN 37201**

| | | |
|---|---|---|
| Job No. | : | 57489 |
| BU ID | : | 1-VJ |
| Case No. | : | 3:09-CV-0255 |
| Case Name | : | AIA Engineering Limited vs. Maggotteaux |

# INVOICE

VOWELL AND JENNINGS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 139319 | 1/15/2010 | 57529 |
| Job Date | Case No. | |
| 1/5/2010 | 3:09-CV-0255 | |
| Case Name | | |
| AIA Engineering Limited vs. Maggotteaux | | |
| Payment Terms | | |
| Due upon receipt | | |

Robert S. Rigg
Vedder Price
222 North LaSalle Street
Chicago, IL 60601

| | | |
|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | |
| Mike Cesanni | | 766.35 |
| | TOTAL DUE >>> | $766.35 |

Thank you for your business! We now accept major credit cards for your convenience.

Tax ID: 62-1115311                                    Phone: (312) 609*5505    Fax:

*Please detach bottom portion and return with payment.*

Robert S. Rigg
Vedder Price
222 North LaSalle Street
Chicago, IL 60601

| | | |
|---|---|---|
| Invoice No. | : | 139319 |
| Invoice Date | : | 1/15/2010 |
| **Total Due** | : | **$766.35** |

Remit To:   **Vowell & Jennings, Inc.**
**Court Reporting and Legal Video Services**
**214 Second Avenue, North - Suite 207**
**Nashville, TN 37201**

| | | |
|---|---|---|
| Job No. | : | 57529 |
| BU ID | : | 1-VJ |
| Case No. | : | 3:09-CV-0255 |
| Case Name | : | AIA Engineering Limited vs. Maggotteaux |

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 139278 | 1/15/2010 | 57488 |

| Job Date | Case No. | |
|---|---|---|
| 1/5/2010 | 3:09-CV-0255 | |

| Case Name | | |
|---|---|---|
| AIA Engineering Limited vs. Maggotteaux | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

**V O W E L L**
AND
**J E N N I N G S**

Robert S. Rigg
Vedder Price
222 North LaSalle Street
Chicago, IL 60601

1 COPY OF TRANSCRIPT OF:
Jimmy Barber

679.15

TOTAL DUE >>> $679.15

Thank you for your business! We now accept major credit cards for your convenience.

Tax ID: 62-1115311

Phone: (312) 609*5505    Fax:

*Please detach bottom portion and return with payment.*

Robert S. Rigg
Vedder Price
222 North LaSalle Street
Chicago, IL 60601

| | | |
|---|---|---|
| Invoice No. | : | 139278 |
| Invoice Date | : | 1/15/2010 |
| **Total Due** | : | **$679.15** |

| | | |
|---|---|---|
| Job No. | : | 57488 |
| BU ID | : | 1-VJ |
| Case No. | : | 3:09-CV-0255 |
| Case Name | : | AIA Engineering Limited vs. Maggotteaux |

Remit To:    **Vowell & Jennings, Inc.**
**Court Reporting and Legal Video Services**
**214 Second Avenue, North - Suite 207**
**Nashville, TN 37201**

# PRO-SYSTEMS

COURT REPORTING & VIDEO SERVICE
4305 BRYANT AVENUE SOUTH
MINNEAPOLIS, MN 55409



prosystemsweb.com

# INVOICE

| TAX ID NO. | TERMS | DATE | INVOICE NO. |
|---|---|---|---|
| 41-185 5878 | Net 30 | 2/3/2010 | mn100203ha2 |

---

**SOLD TO**

Vedder Price P.C.
222 North LaSalle Street
Chicago, IL 60601
Attn: John J. Gresens, Esq.

---

| SERVICE PROVIDED | Court Reporting | | JOB DATE | 2/3/2010 |
|---|---|---|---|---|
| COURT REPORTER | Minnesota | | | |
| WITNESS | douglas Halverson | | **Total** | **$361.10** |
| AIA Engineering Limited  v  Magotteaux International, et. al. | | | | |

---



# PRO-SYSTEMS COURT REPORTING & VIDEO SERVICES

4305 BRYANT AVE. S. • MINNEAPOLIS, MN 55409  612/823-2100 • FAX 612/823-6100

PLEASE REMIT CHECK TO:     **PRO-SYSTEMS**
**4305 BRYANT AVENUE SOUTH**
**MINNEAPOLIS, MN 55409**

**EMAIL** accounting@prosystemsweb.com

An interest rate of 1.3% will be charged after 30 days.

Thank you for using **PRO-SYSTEMS**



**ESQUIRE**

Esquire - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

an Alexander Gallo Company

Telephone (312) 782-8087
Toll Free (800) 708-8087
Fax (866) 590-3205

www.esquiresolutions.com



## Invoice # EQ114220

| Invoice Date | Terms |
|---|---|
| 12/21/2009 | NET 30 |

ROBERT RIGG ,ESQ.
VEDDER PRICE, PC - CHICAGO
SUITE 2600
222 NORTH LASALLE STREET
CHICAGO, IL 60601

| Firm ID No. | |
|---|---|
| Memo/Claim # | |
| Invoice # | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/08/2009 | AIA ENGINEERING LIMITED vs. MAGOTTEA | 102505 | 12/21/2009 | UPS |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 12/08/2009, BADRESH SHAH | | | |
| MEDICAL TECHNICAL ORIGINAL TRANSCRIPT/WORD INDEX (191 Pages) | $ 3.90 | 191.00 | $ 744.90 |
| APPEARANCE FEE HOURLY (9 Units) | $ 48.00 | 9.00 | $ 432.00 |
| ROUGH DRAFT | $ 305.60 | 1.00 | $ 305.60 |
| ETV DISK | $ 49.00 | 1.00 | $ 49.00 |
| CONDENSED TRANSCRIPT | $ 30.00 | 1.00 | $ 30.00 |
| | | | $ 1,561.50 |
| ARCHIVING FEE | | | $ 30.00 |
| DELIVERY - OTHER | | | $ 8.00 |
| PARKING | | | $ 13.00 |
| | | | $ 51.00 |

## CONTINUED ON NEXT PAGE ...

Tax Number: 22-3779684

## Method of Payment

Company: Esquire - Chicago
Invoice Number: EQ114220
Invoice Date: 12/21/2009
Balance: $ 1,612.50
Due Date: 01/20/2010
Late Date: 02/04/2010
Late Amount: $ 1,773.75

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

**Please Make Check Payable to Esquire**

Amount Authorized

Credit Card Number                                    Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

**Remit to: Esquire    PO Box 1518,    New York NY 10008-1518**

071 0000114220 12212009 6 000161250 0 01202010 02042010 4 000177375 59

 **ESQUIRE**

Esquire - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**
an Alexander Gallo Company

Telephone (312) 782-8087
Toll Free (800) 708-8087
Fax (866) 590-3205

www.esquiresolutions.com

### Invoice # EQ114220



| Invoice Date | Terms |
|---|---|
| 12/21/2009 | NET 30 |

ROBERT RIGG ,ESQ.
VEDDER, PRICE, PC - CHICAGO
SUITE 2600
222 NORTH LASALLE STREET
CHICAGO, IL 60601

| Date of Loss | |
|---|---|
| Insured/Patient | |
| Adjuster | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/08/2009 | AIA ENGINEERING LIMITED vs. MAGOTTEA | 102505 | 12/21/2009 | UPS |

| Description | Price | Qty | Amount |
|---|---|---|---|

SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE,
CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER
SERVICE CHARGES BASED ON JOB OR REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION.
PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.
We appreciate your business
Attorney is responsible for payment of all charges incurred
Payment due in 30 days
LOCATION: SEATTLE, WA

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 1,612.50 |
| Paid: | $ 0.00 |
| Balance Due | $ 1,612.50 |
| Payment Due | 01/20/2010 |

**Tax Number: 22-3779684**

After 02/04/2010 Pay This Amount: $ 1,773.75

## Method of Payment

Company: Esquire - Chicago
Invoice Number: EQ114220
Invoice Date: 12/21/2009
Balance: $ 1,612.50
Due Date: 01/20/2010
Late Date: 02/04/2010
Late Amount: $ 1,773.75

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

**Please Make Check Payable to Esquire**

Amount Authorized
_____

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Signature (as it appears on your credit card)

**Remit to: Esquire    PO Box 1518,    New York NY 10008-1518**

071  0000114220  12212009  6  000161250  0  01202010  02042010  4  000177375  59

 **ESQUIRE**

Esquire - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**
an Alexander Gallo Company

Telephone (312) 782-8087
Toll Free (800) 708-8087
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ115154

| Invoice Date | Terms |
|---|---|
| 12/23/2009 | NET 30 |



ROBERT RIGG ,ESQ.
VEDDER PRICE, PC - CHICAGO
SUITE 2600
222 NORTH LASALLE STREET
CHICAGO, IL 60601

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjuster | |
| Claim Number | |

| Assignment | Case | Assignment | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/09/2009 | AIA ENGINEERING LIMITED vs. MAGOTTEA | 102506 | 12/23/2009 | UPS |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 12/09/2009, SUDHIR BHIDE | | | |
| MEDICAL TECHNICAL ORIGINAL TRANSCRIPT/WORD INDEX (188 Pages) | $ 3.90 | 188.00 | $ 733.20 |
| APPEARANCE FEE HOURLY (9 Units) | $ 48.00 | 9.00 | $ 432.00 |
| APPEARANCE FEE HOURLY | $ 72.00 | 0.50 | $ 36.00 |
| ROUGH DRAFT | $ 300.80 | 1.00 | $ 300.80 |
| ETV DISK | $ 49.00 | 1.00 | $ 49.00 |
| | | | $ 1,551.00 |
| ARCHIVING FEE | | | $ 30.00 |
| DELIVERY - OTHER | | | $ 8.00 |
| | | | $ 38.00 |

## CONTINUED ON NEXT PAGE ...

Tax Number: 22-3779684

### Method of Payment

Company: Esquire - Chicago
Invoice Number: EQ115154
Invoice Date: 12/23/2009
Balance: $ 1,589.00
Due Date: 01/22/2010
Late Date: 02/06/2010
Late Amount: $ 1,747.90

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

**Please Make Check Payable to Esquire**

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Amount Authorized

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

**Remit to: Esquire     PO Box 1518,    New York NY 10008-1518**

071  0000115154  12232009  1  000158900  7  01222010  02062010  5  000174790  16

 **ESQUIRE**

Esquire - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



## ESQUIRE
an Alexander Gallo Company

Telephone (312) 782-8087
Toll Free (800) 708-8087
Fax (866) 590-3205

www.esquiresolutions.com

### *Invoice # EQ115154*

| Invoice Date | Terms |
|---|---|
| 12/23/2009 | NET 30 |



ROBERT RIGG ,ESQ.
VEDDER, PRICE, PC - CHICAGO
SUITE 2600
222 NORTH LASALLE STREET
CHICAGO, IL 60601

| Date Dept: | |
|---|---|
| Attorney/Insured: | |
| Claim No: | |
| Claim Number: | |

| Assignment | Case | Assignment | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/09/2009 | AIA ENGINEERING LIMITED vs. MAGOTTEA | 102506 | 12/23/2009 | UPS |

| Description | | Price | Qty | Amount |
|---|---|---|---|---|

SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE,
CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER
SERVICE CHARGES BASED ON JOB OR REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION.
PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.
*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*
*LOCATION: SEATTLE, WA*

APPEARANCE FEES - CHARGED 8 HRS. @ REG. RATES AND 0.5 HRS. @ OVERTIME RATES.

**Tax Number: 22-3779684**

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 1,589.00 |
| Paid: | $ 0.00 |
| Balance Due: | $ 1,589.00 |
| Payment Due: | 01/22/2010 |

**After 02/06/2010 Pay This Amount:** $ 1,747.90

## Method of Payment

Company: Esquire - Chicago
Invoice Number: EQ115154
Invoice Date: 12/23/2009
Balance: $ 1,589.00
Due Date: 01/22/2010
Late Date: 02/06/2010
Late Amount: $ 1,747.90

☐ VISA
☐ MasterCard
☐ American Express

Amount Authorized

Credit Card Number

Exp. Date

☐ Check Enclosed

**Please Make Check Payable to Esquire**

Daytime Phone Number

Print Name (as it appears on your credit card)

**DO YOU NEED A W9?**
VISIT http://w9.esquiresolutions.com/w9.html

Signature (as it appears on your credit card)

**Remit to: Esquire    PO Box 1518,    New York NY 10008-1518**

071  0000115154  12232009  1  000158900  7  01222010  02062010  5  000174790  16



**⚫ESQUIRE**
Esquire - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**ESQUIRE**
an Alexander Gallo Company

Telephone (312) 782-8087
Toll Free (800) 708-8087
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ116751

| Invoice Date | Terms |
|---|---|
| 12/31/2009 | NET 30 |



ROBERT RIGG ,ESQ.
VEDDER, PRICE, PC - CHICAGO
SUITE 2600
222 NORTH LASALLE STREET
CHICAGO, IL 60601

| Date of Loss | |
|---|---|
| Name of Insured | |
| Author | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/16/2009 | AIA ENGINEERING LIMITED vs. MAGOTTEA | 106203 | 12/30/2009 | COURIER |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 12/16/2009, DAVID HURLOCK | | | |
| MEDICAL TECHNICAL ORIGINAL TRANSCRIPT/WORD INDEX (281 Pages) | $ 5.35 | 281.00 | $ 1,503.35 |
| APPEARANCE FEE HOURLY (8 Units) | $ 35.00 | 8.00 | $ 280.00 |
| APPEARANCE FEE HOURLY (1.25 Units) | $ 50.00 | 1.25 | $ 62.50 |
| ROUGH DRAFT | $ 562.00 | 1.00 | $ 562.00 |
| ETV DISK | $ 49.00 | 1.00 | $ 49.00 |
| | | | $ 2,456.85 |
| | | | |
| ARCHIVING FEE | | | $ 30.00 |
| DELIVERY - OTHER | | | $ 8.00 |
| | | | $ 38.00 |

## CONTINUED ON NEXT PAGE ...

Tax Number: 22-3779684

## Method of Payment

Company: Esquire - Chicago
Invoice Number: EQ116751
Invoice Date: 12/31/2009
Balance: $ 2,494.85
Due Date: 01/30/2010
Late Date: 02/14/2010
Late Amount: $ 2,744.34

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
**Please Make Check Payable to Esquire**

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Amount Authorized

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐  ☐☐☐☐
Credit Card Number                          Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

**Remit to: Esquire    PO Box 1518,    New York NY 10008-1518**

071 0000116751 12312009 2 000249485 9 01302010 02142010 8 000274434 21



ESQUIRE

Esquire - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

ESQUIRE
an Alexander Gallo Company

Telephone (312) 782-8087
Toll Free (800) 708-8087
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ116751

| Invoice Date | Terms |
| --- | --- |
| 12/31/2009 | NET 30 |



ROBERT RIGG ,ESQ.
VEDDER  PRICE, PC - CHICAGO
SUITE 2600
222 NORTH LASALLE STREET
CHICAGO, IL 60601

| Date of Loss | |
| --- | --- |
| Name of Insured | |
| Adjuster | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
| --- | --- | --- | --- | --- |
| 12/16/2009 | AIA ENGINEERING LIMITED vs. MAGOTTEA | 106203 | 12/30/2009 | COURIER |

| Description | | Price | Qty | Amount |
| --- | --- | --- | --- | --- |

*SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE,
CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER
SERVICE CHARGES BASED ON JOB OR REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION.
PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.*
*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*
*LOCATION: NASHVILLE, TN*

Tax Number: 22-3779684

| | |
| --- | --- |
| Tax: | $ 0.00 |
| Amount Due: | $ 2,494.85 |
| Paid: | $ 0.00 |
| Balance Due | $ 2,494.85 |
| Payment Due | 01/30/2010 |

After 02/14/2010 Pay This Amount:     $ 2,744.34

## Method of Payment

Company: Esquire - Chicago
Invoice Number: EQ116751
Invoice Date: 12/31/2009
Balance: $ 2,494.85
Due Date: 01/30/2010
Late Date: 02/14/2010
Late Amount: $ 2,744.34

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

**Please Make Check Payable to Esquire**

Amount Authorized

Credit Card Number                                          Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Signature (as it appears on your credit card)

**Remit to: Esquire     PO Box 1518,     New York NY 10008-1518**

071  0000116751  12312009 2 000249485 9 01302010 02142010 8 000274434 21

 **ESQUIRE**

Esquire - Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**
an Alexander Gallo Company

Telephone (312) 782-8087
Toll Free (800) 708-8087
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ117326



| Invoice Date | Terms |
|---|---|
| 12/31/2009 | NET 30 |

ROBERT RIGG ,ESQ.
VEDDER PRICE, PC - CHICAGO
SUITE 2600
222 NORTH LASALLE STREET
CHICAGO, IL 60601

| Date of Loss | |
|---|---|
| Number Insured | |
| Insured Or | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/17/2009 | AIA ENGINEERING LIMITED vs. MAGOTTEA | 106204 | 12/30/2009 | UPS |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 12/17/2009, ARVIND BHAGAT | | | |
| MEDICAL TECHNICAL ORIGINAL TRANSCRIPT/WORD INDEX (172 Pages) | $ 3.90 | 172.00 | $ 670.80 |
| APPEARANCE FEE HOURLY (6.50 Units) | $ 48.00 | 6.50 | $ 312.00 |
| ROUGH DRAFT | $ 275.20 | 1.00 | $ 275.20 |
| ETV DISK | $ 49.00 | 1.00 | $ 49.00 |
| | | | $ 1,307.00 |
| ARCHIVING FEE | | | $ 30.00 |
| | | | $ 30.00 |

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 1,337.00 |
| Paid: | $ 0.00 |

*SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE,
CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER
SERVICE CHARGES BASED ON JOB OR REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION.
PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.
We appreciate your business
Attorney is responsible for payment of all charges incurred
Payment due in 30 days
LOCATION: NASHVILLE, TN*

| Balance Due | $ 1,337.00 |
|---|---|
| Payment Due | 02/03/2010 |

Tax Number: 22-3779684

**After 02/18/2010 Pay This Amount:** $ 1,470.70

## Method of Payment

Company: Esquire - Chicago
Invoice Number: EQ117326
Invoice Date: 12/31/2009
Balance: $ 1,337.00
Due Date: 02/03/2010
Late Date: 02/18/2010
Late Amount: $ 1,470.70

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

**Please Make Check Payable to Esquire**

Amount Authorized

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐    ☐☐☐

Credit Card Number                                    Exp. Date

_____
Daytime Phone Number

_____
Print Name (as it appears on your credit card)

_____
Signature (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

**Remit to: Esquire    PO Box 1518,    New York NY 10008-1518**

071 0000117326 12312009 9 000133700 6 02032010 02182010 6 000147070 53



### ESQUIRE

**Esquire - Chicago**
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Telephone (312) 782-8087
Toll Free (800) 708-8087
Fax (866) 590-3205

www.esquiresolutions.com

## *Invoice # EQ124883*

| Invoice Date | Terms |
|---|---|
| 02/03/2010 | NET 30 |



ROBERT RIGG ,ESQ.
VEDDER PRICE, PC - CHICAGO
SUITE 2600
222 NORTH LASALLE STREET
CHICAGO, IL 60601

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjuster | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 01/08/2010 | AIA ENGINEERING LIMITED vs. MAGOTTEA | 109493 | 02/01/2010 | UPS |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 01/08/2010, CHRISTOPHER CARR | | | |
| ORIGINAL TRANSCRIPT/WORD INDEX (120 Pages) | $ 4.05 | 120.00 | $ 486.00 |
| APPEARANCE FEE HOURLY (3 Units) | $ 48.00 | 3.00 | $ 144.00 |
| ROUGH DRAFT | $ 192.00 | 1.00 | $ 192.00 |
| ETV DISK | $ 49.00 | 1.00 | $ 49.00 |
| | | | $ 871.00 |
| | | | |
| ARCHIVING FEE | | | $ 30.00 |
| DELIVERY - OTHER | | | $ 8.00 |
| | | | $ 38.00 |

*SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE,
CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER
SERVICE CHARGES BASED ON JOB OR REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION.
PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.*
*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*
LOCATION: ATLANTA, GA

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 909.00 |
| Paid: | $ 0.00 |
| **Subtotal Due** | **$ 909.00** |
| **Payment Due** | **03/05/2010** |

Tax Number: 22-3779684

After 03/20/2010 Pay This Amount: **$ 999.90**

## Method of Payment

Company: Esquire - Chicago
Invoice Number: EQ124883
Invoice Date: 02/03/2010
Balance: $ 909.00
Due Date: 03/05/2010
Late Date: 03/20/2010
Late Amount: $ 999.90

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

**Please Make Check Payable to Esquire**

Amount Authorized
☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐   ☐☐☐☐
Credit Card Number                                          Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

**Remit to: Esquire    PO Box 1518,    New York NY 10008-1518**

071 0000124883 02032010 2 000090900 2 03052010 03202010 5 000099990 47

**Veritext New York Reporting Co.**

**A Veritext Company**

1250 Broadway, Suite 2400
New York, NY 10001
Tel. (212) 279-9424
Fax (212) 279-9643

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

Bill To: John J. Gresens
Troutman Sanders LLP
55 West Monroe Street Suite 3000
Chicago, IL 60603

| | |
|---|---|
| Invoice #: | NY452874 |
| Invoice Date: | 04/06/2012 |
| Balance Due: | $0.00 |

| | |
|---|---|
| **Case:** | AIA Engineerign Limited v. Magotteaux International |
| **Job #:** | 350546 | Job Date: 3/28/2012 | Delivery: Expedited |
| **Billing Atty:** | John J. Gresens |
| **Location:** | Garvey Schubert Barer |
| | Second & Seneca Building | 1191 Second Avenue 18th Floor | Seat |
| **Sched Atty:** | Jim Bollinger, Esq. |
| **Deposing Atty:** | John J. Gresens, Esq. |

| Witness | Description | | | | |
|---|---|---|---|---|---|
| David Hurlock | Transcript - Original & 1 copy | Page | 166.00 | $4.95 | $821.70 |
| | Attendance - hourly | Hour | 5.00 | $65.00 | $325.00 |
| | Fee For Expedited Service | Per page | 166.00 | $2.95 | $489.70 |
| | Exhibit - copying | Per page | 221.00 | $0.40 | $88.40 |
| | Exhibit - color copying | Per page | 282.00 | $2.50 | $705.00 |
| | Exhibit Scanning - OCR | Per page | 503.00 | $0.29 | $145.87 |
| | CD Depo Litigation Pkge | | 1.00 | $39.00 | $39.00 |
| Arvind Bhagat | Transcript - Original & 1 copy | Page | 68.00 | $4.95 | $336.60 |
| | Fee For Expedited Service | Per page | 68.00 | $2.95 | $200.60 |
| | CD Depo Litigation Pkge | | 1.00 | $39.00 | $39.00 |
| Achyut Parikh | Transcript - Original & 1 copy | Page | 31.00 | $4.95 | $153.45 |
| | CD Depo Litigation Pkge | | 1.00 | $39.00 | $39.00 |
| | Shipping & handling | Package | 1.00 | $39.50 | $39.50 |

| | |
|---|---|
| Invoice #: | NY452874 |
| Job #: | 350546 |
| Invoice Date: | 04/06/2012 |
| Balance : | $0.00 |

Make check payable to: **Veritext New York Reporting Co.**

☐ Visa ☐ MC ☐ Amex ☐ Discover

Credit Card #                                   Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Please remit payment to:
**Veritext New York Reporting Co.,**
**200 Old Country Road, Suite 580**
**Mineola, NY 11501**

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

**Veritext New York Reporting Co.**

**A Veritext Company**

1250 Broadway, Suite 2400
New York, NY 10001
Tel. (212) 279-9424
Fax (212) 279-9643

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

| Notes: | | | Invoice Total: | $3,422.82 |
| --- | --- | --- | --- | --- |
| | | | Payment: | ($3,422.82) |
| | | | Credits: | |
| | | | Interest: | $0.00 |
| | | | Balance Due: | $0.00 |
| Fed. Tax ID: 20-3132569 | | Term: Net 30 | | |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**THIS INVOICE IS 105 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

Make check payable to: **Veritext New York Reporting Co.**

☐ Visa ☐ MC ☐ Amex ☐ Discover

_____
Credit Card #                        Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Invoice #: NY452874
Job #: 350546
Invoice Date: 04/06/2012
Balance : $0.00

Please remit payment to:
**Veritext New York Reporting Co.,**
**200 Old Country Road, Suite 580**
**Mineola, NY 11501**

For more information on charges related to our services please consult www.veritext.com/serviceinfo

## Veritext New York Reporting Co.
### A Veritext Company

1250 Broadway, Suite 2400
New York, NY 10001
Tel. (212) 279-9424
Fax (212) 279-9643

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

Bill To: James Moore Bollinger
Troutman Sanders LLP
405 Lexington Ave Flr 7
New York, NY 10174

| | |
|---|---|
| Invoice #: | NY454430 |
| Invoice Date: | 04/17/2012 |
| Balance Due: | $0.00 |

| | |
|---|---|
| Case: | AIA Engineerign Limited v. Magotteaux International |
| Job #: | 350546   \|   Job Date: 3/28/2012   \|   Delivery:   Normal |
| Billing Atty: | James Moore Bollinger |
| Location: | Garvey Schubert Barer |
| | Second & Seneca Building \| 1191 Second Avenue 18th Floor \| Seat |
| Sched Atty: | Jim Bollinger, Esq. |
| Deposing Atty: | John J. Gresens, Esq. |

| | Description | | | | |
|---|---|---|---|---|---|
| | Video - Initial fee | Package | 1.00 | $350.00 | $350.00 |
| | Video - Additional hours | Per hour | 6.50 | $95.00 | $617.50 |
| David Hurlock | Video - MPEG-1-Convert video to digital format | Per hour | 3.50 | $75.00 | $262.50 |
| | Video - transcript synchronization | | 3.50 | $100.00 | $350.00 |
| Arvind Bhagat | Video - MPEG-1-Convert video to digital format | Per hour | 1.00 | $75.00 | $75.00 |
| | Video - transcript synchronization | | 1.00 | $100.00 | $100.00 |
| Achyut Parikh | Video - MPEG-1-Convert video to digital format | Per hour | 0.50 | $75.00 | $37.50 |
| | Video - transcript synchronization | | 0.50 | $100.00 | $50.00 |
| | Shipping & handling | Package | 1.00 | $29.50 | $29.50 |

Notes:

| | |
|---|---|
| Invoice Total: | $1,872.00 |
| Payment: | ($1,872.00) |
| Credits: | |
| Interest: | $0.00 |
| Balance Due: | $0.00 |

Fed. Tax ID: 20-3132569

Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**THIS INVOICE IS 94 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

Make check payable to:   Veritext New York Reporting Co.

☐ Visa   ☐ MC   ☐ Amex   ☐ Discover

_____     _____
Credit Card #                                        Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

| | |
|---|---|
| Invoice #: | NY454430 |
| Job #: | 350546 |
| Invoice Date: | 04/17/2012 |
| Balance : | $0.00 |

Please remit payment to:
Veritext New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola, NY 11501

For more information on charges related to our services please consult   www.veritext.com/serviceinfo

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| TRANSCRIPTS INVOICE | NUMBER    031312-inv-AIA-Vest |
|---|---|
| **TO:**<br><br>Ms. Catherine Vest<br><br>Nashville, TN<br><br><br>**PHONE:** | **MAKE CHECK PAYABLE TO:**<br><br>Peggy Turner<br>Official Court Reporter<br>801 Broadway, A837<br>Nashville, TN 37203<br><br>PHONE: (615) 726-4893 |

| CRIMINAL | CIVIL<br>X | DATE ORDERED<br>3/12/12 | DATE DELIVERED<br>3/13/12 |
|---|---|---|---|

IN THE MATTER OF (Case Number and Title)  AIA v. Magotteaux  3: 09-0255

FOR PROCEEDINGS ON (Date):    November 6, 2009
Sent by e-mail to:

| | | ORIGINAL | | | FIRST COPY | | | ADDITIONAL COPIES | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGE | PRICE @ | SUB TOTAL | PAGE | PRICE @ | SUB TOTAL | PAGE | PRICE @ | SUB TOTAL | TOTAL CHARGES |
| Ordinary | | $3.65 | | 95 | $ .90 | $85.50 | | $ .60 | | $85.50 |
| 14-Day | | $4.25 | | | $ .90 | | | $ .60 | | |
| Expedited | | $4.85 | | | $ .90 | | | $ .60 | | |
| Daily | | $6.05 | | | $1.20 | | | $ .90 | | |
| Hourly | | $7.25 | | | $1.20 | | | $ .90 | | |
| Realtime | | $3.05 | | | $1.20 | | | | | |

| TOTAL | $85.50 |
|---|---|

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within 7 calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER<br>s/ Peggy Turner | DATE<br>3/13/12 |
|---|---|

Distribution: TO PARTY (2 copies - 1 to return with payment)      COURT REPORTER      COURT REPORTER SUPERVISOR

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| TRANSCRIPTS INVOICE | NUMBER | 052110-inv-AIA-Riggs |
|---|---|---|

**TO:**
Mr. R. Rigg
Attorney at Law
Chicago, IL

PHONE: awilliams@gsblaw.com

**MAKE CHECK PAYABLE TO:**

Peggy Turner
Official Court Reporter
801 Broadway, A837
Nashville, TN 37203

PHONE: (615) 726-4893

| CRIMINAL | CIVIL X | DATE ORDERED 5/7/10 | DATE DELIVERED 5/20/10 |
|---|---|---|---|

IN THE MATTER OF (Case Number and Title)   AIA Engineering v. Magotteaux, et al   3:09-0255

FOR PROCEEDINGS ON (Date):   4/12/10
Transcripts by email to awilliams@gsblaw.com

|  | ORIGINAL | | | FIRST COPY | | | ADDITIONAL COPIES | | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | PAGE | PRICE @ | SUB TOTAL | PAGE | PRICE @ | SUB TOTAL | PAGE | PRICE @ | SUB TOTAL | TOTAL CHARGES |
| Ordinary |  | $3.65 |  | 108 | $ .90 |  |  | $ .60 |  | $97.20 |
| 14-Day |  | $4.25 |  |  | $ .90 |  |  | $ .60 |  |  |
| Expedited |  | $4.85 |  |  | $ .90 |  |  | $ .60 |  |  |
| Daily |  | $6.05 |  |  | $1.20 |  |  | $ .90 |  |  |
| Hourly |  | $7.25 |  |  | $1.20 |  |  | $ .90 |  |  |
| Realtime |  | $3.05 |  |  | $1.20 |  |  |  |  |  |

| TOTAL | $97.20 |
|---|---|
| LESS AMOUNT OF DEPOSIT |  |
| TOTAL REFUNDED |  |
| TOTAL DUE | $97.20 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within 7 calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER /s Peggy Turner | DATE 5/21/10 |
|---|---|

Distribution: TO PARTY (2 copies - 1 to return with payment)       COURT REPORTER       COURT REPORTER SUPERVISOR