# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| AIA ENGINEERING LIMITED, | ) | |
| | ) | |
| **Plaintiff and Counterclaim** | ) | |
| **Defendant,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MAGOTTEAUX INTERNATIONAL S/A | ) | |
| and MAGOTTEAUX, INC., | ) | |
| | ) | |
| **Defendant and Counterclaim** | ) | |
| **Plaintiff.** | ) | Case No. 3:09-cv-00255 |
| | ) | |
| | ) | Judge Haynes |
| MAGOTTEAUX INTERNATIONAL S/A | ) | |
| and MAGOTTEAUX, INC. | ) | |
| | ) | |
| **Third Party Plaintiffs,** | ) | |
| v. | ) | |
| | ) | |
| VEGA INDUSTRIES, LTD. INC., | ) | |
| | ) | |
| **Third Party Defendant.** | ) | |

*ORDER*
*This motion*
*is GRANTED*
*[signature]*
*9-17-12*

## MAGOTTEAUX'S MOTION FOR LEAVE
### TO FILE RECENT SUPPLEMENTAL AUTHORITY
### AND SUR-REPLY IN OPPOSITION TO AIA'S POST-TRIAL MOTION
### ON WILLFULNESS AND EXCEPTIONAL CASE

Magotteaux hereby respectfully moves for permission to file a sur-reply that, *inter alia*,

identifies and discusses a very recent (September 6, 2012) "on-point" precedential decision by

the Federal Circuit that affirmed a "willfulness" ruling on facts very similar to those in the

instant matter.

Additionally, Magotteaux seeks to respond to certain issues raised by AIA in its Reply

(ECF No. 463), namely:

1